UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA ex rel. ROSEMARIE A. DOW, ESQ.,** <br><br> **SHERRY BESHAY, ESQ.,** <br><br> **KAMALDEEP K. KOHLI, ESQ.,** <br><br> and <br><br> **EVAN STEPHENS, ESQ.,** <br>    Plaintiffs, <br><br>         v. <br><br> **HC2, INC., dba HIRE COUNSEL,** <br><br> and <br><br> **PAE LABAT-ANDERSON, LLC,** <br>    Defendant. | Civil Action No. 21-1197 (JDB) |

**ORDER**

In light of [22] the United States' notice of election to decline intervention in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby **ORDERED** that:

- The [3] complaint is unsealed and the relator shall serve it upon the defendants;

- All other contents of the current record remain shall under seal and shall not be made public, except for this Order and [22] the United States' notice of election to decline intervention;

- After the relator serves upon defendants the complaint, the relator shall serve this Order and [22] the United States' notice of election to decline intervention upon the defendants;

- The seal in this case shall be lifted as to all matters occurring in this action after the date of this Order;

1

- Consistent with 31 U.S.C. § 3730(c)(3), the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, and the United States may order any deposition transcripts and is entitled to intervene in this action for good cause at any time;

- The parties shall serve all notices of appeal upon the United States;

- All orders of this Court shall be sent to the United States; and

- The Court will solicit the written consent of the United States before ruling on or granting any proposal by any party that this action be dismissed, settled, or otherwise discontinued.

**SO ORDERED**.

/s/

JOHN D. BATES
United States District Judge

Dated: April 8, 2025